UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROCKY MEL CONTRERAS,

    Plaintiff,

v.

KATHERINE STOLTS et al.,

    Defendants.

CASE NO. C12-5780 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion to proceed in forma pauperis is denied.

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1

1     (3)    The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

DATED this 23rd day of October, 2012.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2